UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE EX PARTE APPLICATION OF YONG JIN CHUNG

Case No. 5:25-mc-80383-EJD

**ORDER GRANTING IN PART AND DENYING IN PART SUPPLEMENTAL APPLICATION FOR AUTHORIZATION OF SECOND SUBPOENA TO GOOGLE**

Re: Dkt. No. 10

On December 11, 2025, the Court granted in part and denied in part Yong Jin Chung's ("Applicant") *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to authorize discovery for use in a foreign proceeding. Prior Order, ECF No. 6. Before the Court now is Applicant's supplemental application for authorization of a second subpoena to Google LLC ("Google"). Suppl. Appl., ECF No. 10.

Applicant previously sought discovery from Google to obtain identifying information for sixteen anonymous YouTubers ("YouTubers"). *See* Prior Order. The Court found that Applicant satisfied the three statutory criteria of Section 1782(a) and the four discretionary *Intel* factors. *Id.* Accordingly, the Court permitted Applicant to serve a subpoena seeking information including the name, date of birth, phone number, email address, and IP address associated with the YouTube accounts. *Id.* at 6. However, the Court exercised its discretion to strike Applicant's request for any financial information associated with the YouTube accounts, including credit card numbers, bank account numbers, and routing numbers. *Id.* The Court found this request to be unnecessary, unduly intrusive, and not narrowly tailored to the subject matter of the action. *Id.* at 6–7.

United States District Court
Northern District of California

Applicant now re-raises his request to serve a supplemental subpoena on Google for the Youtuber's financial information. Applicant argues that the information Google has provided so far appears to be false and does not provide the true identities of the YouTubers, based on the following observations:

> 1. The self-registered names do not appear to be names of Korean individuals, largely appearing to be Vietnamese names or other words;
> 2. Of the available self-registered dates of birth, many are inconsistent as between various accounts associated with the same YouTube/Google account, some being dated January 1st of a year;
> 3. Of the available self-registered phone numbers, all are Vietnam phone numbers;
> 4. While true Korean users of YouTube/Google often have a Korean email service account (such as @naver.com or @hanmail.net) registered or associated with their YouTube/Google account, none of the YouTubers' accounts were associated with a Korean email service account, and rather most of the associated email addresses appeared to contain Vietnamese names or words; and
> 5. The IP address information associated with each of the sixteen (16) accounts revealed IP addresses located in Vietnam.

Suppl. Appl. 1–2.

Applicant therefore seeks to serve a supplemental subpoena on Google for the following information:

> (1) Name and address of banking institution, and associated bank account and routing number, for each registered bank account associated with each PERSON involved in the operation, ownership, or management of ACCOUNT [] (but excluding the bank account PIN/password(s), online access log-in information, and financial transaction history) and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such bank account(s);
>
> (2) Name and address of credit institution, and associated credit card number, for each registered credit card associated with each PERSON involved in the operation, ownership, or management of ACCOUNT [] (but excluding the credit card expiration date(s), card validation code(s), and financial transaction history) and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such credit card(s); and
>
> (3) Name and address of financial service institution, and associated payment account username/number, for each registered non-credit card payment method associated with each PERSON involved in the operation, ownership, or management of ACCOUNT [] (but excluding the payment account password(s) and financial transaction

United States District Court
Northern District of California

> information) and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such non-credit card payment method(s).

*Id.*, Ex. 1.

The Court finds these circumstances warrant granting Applicant's request for an additional subpoena; however, the Court still finds information regarding bank account numbers, routing numbers, credit card numbers, and payment account usernames unnecessary, unduly burdensome, and not narrowly tailored to this action. Applicant may otherwise seek additional information regarding the name and address of the banking institutions, credit institutions, and financial service institutions associated with the Accounts and personal identifying information of the account owners.

Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** the supplemental application. The Court **ORDERS** Applicant to strike the following language from his proposed subpoena:

> (1) Name and address of banking institution~~, and associated bank account and routing number,~~ for each registered bank account associated with each PERSON involved in the operation, ownership, or management of ACCOUNT []~~ (but excluding the bank account PIN/password(s), online access log in information, and financial transaction history) ~~and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such bank account(s);
>
> (2) Name and address of credit institution~~, and associated credit card number, ~~for each registered credit card associated with each PERSON involved in the operation, ownership, or management of ACCOUNT [] ~~(but excluding the credit card expiration date(s), card validation code(s), and financial transaction history)~~ and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such credit card(s); and
>
> (3) Name and address of financial service institution~~, and associated payment account username/number,~~ for each registered non-credit card payment method associated with each PERSON involved in the operation, ownership, or management of ACCOUNT [] ~~(but excluding the payment account password(s) and financial transaction information)~~ and personal identifying information of such PERSON (including name, date of birth, address, e-mail address, and phone number) registered in connection with such non-credit card payment method(s).

United States District Court
Northern District of California

Applicant may serve the amended supplemental subpoena on Google with the following requirements:

1. Applicant SHALL serve a copy of this Order on Google with the proposed subpoena;
2. No later than 10 days after service of the subpoena, Google SHALL notify all account users whose personal identifying information is affected by the subpoena that their identifying information is being sought by Applicant and provide a copy of this Order to each account user;
3. Google SHALL use all means of communications associated with the Google accounts to contact and notify the affected individuals of the subpoena;
4. Google and each account user whose information is sought may file—no later than 30 days after service or notice—a motion to quash or modify the subpoena;
5. Any account user seeking to quash or modify the subpoena may appear and proceed before this Court under a pseudonym;
6. If any party disputes the subpoena, Google shall preserve but not disclose the information sought by the subpoena pending resolution of that dispute;
7. This Order is without prejudice to any argument that may be raised in a motion to quash or modify the subpoena from Google or any account users.

**IT IS SO ORDERED.**

Dated: November 9, 2026

EDWARD J. DAVILA
United States District Judge